United States District Court
Southern District of Texas
**ENTERED**
March 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Fredericksburg Royalty, Ltd., | § § § § | |
| Plaintiff, v. | § § § | Civil Action No.   H-20-4022 |
| Hess Bakken Invesments, II, LLC, | § § § | |
| Defendants. | § | |

ORDER

Pursuant to the Notice of Dismissal Without Prejudice filed on March 15, 2021 the above referenced case is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk shall send a true copy to all counsel of record.

Signed this __16__ day of March, 2021.

DAVID HITTNER
United States District Judge